# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: PAYTON, SCOTT A.  § Case No. 11-24177
      PAYTON, ROBIN N.  §
        §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Irma Edmonds, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $337,067.00    Assets Exempt: $106,522.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,430.92    Claims Discharged
    Without Payment: $529,558.96

Total Expenses of Administration: $2,039.08

---

3)  Total gross receipts of $ 10,470.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,470.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $410,506.76 | $369,496.06 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,039.08 | 2,039.08 | 2,039.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,926.48 | 4,299.22 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,382.07 | 526,159.34 | 514,137.12 | 8,430.92 |
| **TOTAL DISBURSEMENTS** | $460,815.31 | $901,993.70 | $516,176.20 | $10,470.00 |

    4) This case was originally filed under Chapter 7 on February 18, 2011. The case was pending for 40 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2015     By: /s/Irma Edmonds
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOY HAULER 34' | 1129-000 | 10,470.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,470.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | GE Money Bank | 4110-000 | N/A | 5,538.45 | 0.00 | 0.00 |
| 11 | Bank of America, N.A. | 4110-000 | unknown | 363,957.61 | 0.00 | 0.00 |
| NOTFILED | Chase Home | 4110-000 | 410,506.76 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$410,506.76** | **$369,496.06** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Irma Edmonds | 2100-000 | N/A | 1,797.00 | 1,797.00 | 1,797.00 |
| Irma Edmonds | 2200-000 | N/A | 225.84 | 225.84 | 225.84 |
| International Sureties, LTD | 2300-000 | N/A | 16.24 | 16.24 | 16.24 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,039.08 | $2,039.08 | $2,039.08 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Internal Revenue Service | 5800-000 | 1,926.48 | 4,299.22 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,926.48 | $4,299.22 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | 6,000.00 | 6,200.85 | 6,200.85 | 104.02 |
| 2 | HSBC Bank Nevada NA | 7100-000 | 1,680.20 | 1,731.59 | 1,731.59 | 29.05 |
| 3 | Candica LLC | 7100-000 | 969.00 | 998.42 | 998.42 | 16.75 |
| 4 | CR Evergreen II, LLC | 7100-000 | N/A | 4,218.76 | 0.00 | 0.00 |
| 5 | PRA Receivables Management, LLC. | 7100-000 | 5,661.00 | 5,661.40 | 5,661.40 | 94.97 |
| 6 | FIA Card Services NA | 7100-000 | N/A | 1,799.64 | 0.00 | 0.00 |
| 7U | GE Money Bank | 7100-000 | N/A | 1,785.06 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 15,861.61 | 15,861.61 | 266.07 |
| 9 | Oak Harbor Capital II, L.L.C. | 7100-000 | 1,799.64 | 1,799.64 | 1,799.64 | 30.19 |
| 10 | Fannie Mae | 7100-000 | N/A | 470,341.34 | 470,341.34 | 7,889.87 |
| 12 | East Bay Funding, LLC | 7200-000 | N/A | 4,218.76 | 0.00 | 0.00 |
| 13 | InSolve Recovery, LLC | 7200-000 | 4,201.47 | 7,323.51 | 7,323.51 | 0.00 |
| 14 | PRA Receivables Management, LLC. | 7200-000 | 4,218.00 | 4,218.76 | 4,218.76 | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 3,020.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Bankruptcy Department | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 15,861.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 3,072.00 | N/A | N/A | 0.00 |
| NOTFILED | NoteWorld Servicing Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IBM LPS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank c/o Target Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 729.76 | N/A | N/A | 0.00 |
| NOTFILED | Shell/Citi | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $48,382.07 | $526,159.34 | $514,137.12 | $8,430.92 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-24177  
**Case Name:** PAYTON, SCOTT A.  
               PAYTON, ROBIN N.  
**Period Ending:** 12/29/15

**Trustee:** (001050) Irma Edmonds  
**Filed (f) or Converted (c):** 08/30/12 (c)  
**§341(a) Meeting Date:** 10/09/12  
**Claims Bar Date:** 07/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE: 898 S HIGHLAND AVE., RIPON CA | 230,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT BANK OF WEST 8764 (u) | 155.00 | 0.00 | | 0.00 | FA |
| 3 | UNEMPLOYMENT DEBT CARD BANK OF AMERICA 7307 (u) | 400.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS FURNISHINGS | 4,500.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 6 | MISCELLANEOUS JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | TWO HANDGUNS AND ONE RIFLE | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | ALBERTSON'S UFCW 588 PENSION | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | ALBERTSON'S UFCW 588 PENSION | 20,000.00 | 0.00 | | 0.00 | FA |
| 10 | IRA WITH H&R BLOCK | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | OPERATING ENGINEERS PENSION | 30,000.00 | 0.00 | | 0.00 | FA |
| 12 | 100% INTEREST IN 1ST CLASS CLEANING SERVICE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 1971 CHEVY NOVA; not running (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | 1992 FORD 250 SUPER CAB LONG BED | 800.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 FORD ESCORT (u) | 1,459.00 | 0.00 | | 0.00 | FA |
| 16 | 2000 FORD EXCURSION SPORT UTILITY | 3,990.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 FORD MUSTANG COUPE | 4,603.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 HONDA CBR 600 STREET BIKE (u) | 3,460.00 | 0.00 | | 0.00 | FA |
| 19 | 2002 SUZUKI GSX 1300R MOTORCYCLE | 5,060.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 HONDA CRFT 150 DIRT BIKE (u) | 750.00 | 0.00 | | 0.00 | FA |
| 21 | 2006 HONDA CRFT 100 (u) | 990.00 | 0.00 | | 0.00 | FA |
| 22 | 2006 HONDA CRF 450 DIRT BIKE | 3,125.00 | 0.00 | | 0.00 | FA |
| 23 | 2006 HONDA CRF 80 DIRT BIKE (u) | 875.00 | 0.00 | | 0.00 | FA |
| 24 | VACUUM AND MISCELLANEOUS CLEANING SUPPLIES | 100.00 | 0.00 | | 0.00 | FA |
| 25 | TWO DOGS | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-24177  
**Case Name:** PAYTON, SCOTT A.  
PAYTON, ROBIN N.  
**Period Ending:** 12/29/15

**Trustee:** (001050) Irma Edmonds  
**Filed (f) or Converted (c):** 08/30/12 (c)  
**§341(a) Meeting Date:** 10/09/12  
**Claims Bar Date:** 07/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | TOY HAULER 34' | 18,000.00 | 15,420.00 | | 10,470.00 | FA |
| 26 | Assets  Totals (Excluding unknown values) | **$355,067.00** | **$15,420.00** | | **$10,470.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    11/13/12 - Contact Huisman Auctions for pick up of Toyhauler Travel Trailer

    1/16/13 -  Auctioneer advised he has custody of Toyhauler

    1/23/13 - Prepared Motion for appointment of auctioneer and sale of trailer

    7/15/13 - Received signed declaration from auctioneer.  To file application to appoint and sell trailer

    11/26/13 - Filed motion to appoint auctioneer and sell trailer

    1/14/14- Review order, forward to auctioneer

    6/27/14-must refile judge disapproved of proof of service language

    7/28/14 - Prepare, file and serve Motion to Sell & Compensate Auctioneer

    9/23/14- Order to Sell granted

    11/13/14- Auctioneer Husiman statement  of Sale filed

    12/1/14- TFR to be filed

    1/16/15 - Submit TFR

    4/6/15 - Submit Order approving trustee fees

**Initial Projected Date Of Final Report (TFR):**     August 1, 2014          **Current Projected Date Of Final Report (TFR):**     March 13, 2015  (Actual)

Filed 01/06/16     Case 11-24177     Doc 143

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-24177 | | Trustee: | Irma Edmonds (001050) |
|---|---|---|---|---|
| Case Name: | PAYTON, SCOTT A. | | Bank Name: | Rabobank, N.A. |
| | PAYTON, ROBIN N. | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***2032 | | Blanket Bond: | $36,377,327.00 (per case limit) |
| Period Ending: | 12/29/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/14 | {26} | Huisman Auction | Auction of Trailer | 1129-000 | 10,470.00 | | 10,470.00 |
| 01/08/15 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/08/2015 FOR CASE #11-24177, 2015 Bond Payment #016048575 | 2300-000 | | 16.24 | 10,453.76 |
| 04/07/15 | 102 | Irma Edmonds | Dividend paid 100.00% on $225.84, Trustee Expenses; Reference: | 2200-000 | | 225.84 | 10,227.92 |
| 04/07/15 | 103 | Irma Edmonds | Dividend paid 100.00% on $1,797.00, Trustee Compensation; Reference: | 2100-000 | | 1,797.00 | 8,430.92 |
| 04/07/15 | 104 | Internal Revenue Service | Dividend paid 100.00% on $4,299.22; Claim# 15; Filed: $4,299.22; Reference: Stopped on 04/22/15 | 5800-000 | | 4,299.22 | 4,131.70 |
| 04/07/15 | 105 | Wells Fargo Bank, N.A. | Dividend paid 0.82% on $6,200.85; Claim# 1; Filed: $6,200.85; Reference: | 7100-000 | | 50.99 | 4,080.71 |
| 04/07/15 | 106 | HSBC Bank Nevada NA | Dividend paid 0.82% on $1,731.59; Claim# 2; Filed: $1,731.59; Reference: | 7100-000 | | 14.23 | 4,066.48 |
| 04/07/15 | 107 | Candica LLC | Dividend paid 0.82% on $998.42; Claim# 3; Filed: $998.42; Reference: | 7100-000 | | 8.21 | 4,058.27 |
| 04/07/15 | 108 | PRA Receivables Management, LLC. | Dividend paid 0.82% on $5,661.40; Claim# 5; Filed: $5,661.40; Reference: | 7100-000 | | 46.54 | 4,011.73 |
| 04/07/15 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 0.82% on $15,861.61; Claim# 8; Filed: $15,861.61; Reference: | 7100-000 | | 130.39 | 3,881.34 |
| 04/07/15 | 110 | Oak Harbor Capital II, L.L.C. | Dividend paid 0.82% on $1,799.64; Claim# 9; Filed: $1,799.64; Reference: | 7100-000 | | 14.79 | 3,866.55 |
| 04/07/15 | 111 | Fannie Mae | Dividend paid 0.82% on $470,341.34; Claim# 10; Filed: $470,341.34; Reference: Stopped on 05/13/15 | 7100-000 | | 3,866.55 | 0.00 |
| 04/22/15 | 104 | Internal Revenue Service | Dividend paid 100.00% on $4,299.22; Claim# 15; Filed: $4,299.22; Reference: Stopped: check issued on 04/07/15 | 5800-000 | | -4,299.22 | 4,299.22 |
| 04/29/15 | 112 | Wells Fargo Bank, N.A. | Dividend paid 1.67% on $6,200.85; Claim# 1; Filed: $6,200.85; Reference: | 7100-000 | | 53.03 | 4,246.19 |
| 04/29/15 | 113 | HSBC Bank Nevada NA | Dividend paid 1.67% on $1,731.59; Claim# 2; Filed: $1,731.59; Reference: Stopped on 08/10/15 | 7100-000 | | 14.82 | 4,231.37 |
| 04/29/15 | 114 | Candica LLC | Dividend paid 1.67% on $998.42; Claim# 3; Filed: $998.42; Reference: | 7100-000 | | 8.54 | 4,222.83 |
| 04/29/15 | 115 | PRA Receivables Management, LLC. | Dividend paid 1.67% on $5,661.40; Claim# 5; Filed: $5,661.40; Reference: | 7100-000 | | 48.43 | 4,174.40 |
| 04/29/15 | 116 | Portfolio Recovery Associates, LLC | Dividend paid 1.67% on $15,861.61; Claim# | 7100-000 | | 135.68 | 4,038.72 |

Subtotals : $10,470.00  $6,431.28

{} Asset reference(s)

Printed: 12/29/2015 10:33 AM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 11-24177 | | | **Trustee:** | Irma Edmonds (001050) | | |
| **Case Name:** PAYTON, SCOTT A. | | | **Bank Name:** | Rabobank, N.A. | | |
| PAYTON, ROBIN N. | | | **Account:** | ******9266 - Checking Account | | |
| **Taxpayer ID #:** **-***2032 | | | **Blanket Bond:** | $36,377,327.00 (per case limit) | | |
| **Period Ending:** 12/29/15 | | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 8; Filed: $15,861.61; Reference: | | | | |
| 04/29/15 | 117 | Oak Harbor Capital II, L.L.C. | Dividend paid 1.67% on $1,799.64; Claim# 9; Filed: $1,799.64; Reference: | 7100-000 | | 15.40 | 4,023.32 |
| 04/29/15 | 118 | Fannie Mae | Dividend paid 1.67% on $470,341.34; Claim# 10; Filed: $470,341.34; Reference: Stopped on 05/13/15 | 7100-000 | | 4,023.32 | 0.00 |
| 05/13/15 | 111 | Fannie Mae | Dividend paid 0.82% on $470,341.34; Claim# 10; Filed: $470,341.34; Reference: Stopped: check issued on 04/07/15 | 7100-000 | | -3,866.55 | 3,866.55 |
| 05/13/15 | 118 | Fannie Mae | Dividend paid 1.67% on $470,341.34; Claim# 10; Filed: $470,341.34; Reference: Stopped: check issued on 04/29/15 | 7100-000 | | -4,023.32 | 7,889.87 |
| 05/13/15 | 119 | Fannie Mae | Loan # 9915694- Stopped on 06/12/15 | 7100-000 | | 3,866.55 | 4,023.32 |
| 05/13/15 | 120 | Fannie Mae | Loan #9915694 Stopped on 06/12/15 | 7100-000 | | 4,023.32 | 0.00 |
| 06/12/15 | 119 | Fannie Mae | Loan # 9915694- Stopped: check issued on 05/13/15 | 7100-000 | | -3,866.55 | 3,866.55 |
| 06/12/15 | 120 | Fannie Mae | Loan #9915694 Stopped: check issued on 05/13/15 | 7100-000 | | -4,023.32 | 7,889.87 |
| 07/10/15 | 121 | United States Bankruptcy Court | Unclaimed Funds | 7100-000 | | 7,889.87 | 0.00 |
| 08/10/15 | 113 | HSBC Bank Nevada NA | Dividend paid 1.67% on $1,731.59; Claim# 2; Filed: $1,731.59; Reference: Stopped: check issued on 04/29/15 | 7100-000 | | -14.82 | 14.82 |
| 08/10/15 | 122 | United States Bankruptcy Court | Unclaimed funds | 7100-000 | | 14.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,470.00 | 10,470.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,470.00 | 10,470.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,470.00** | **$10,470.00** | |

{} Asset reference(s)            Printed: 12/29/2015 10:33 AM    V.13.25

Filed 01/06/16    Case 11-24177    Doc 143

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-24177 | | Trustee: | Irma Edmonds (001050) |
|---|---|---|---|---|
| Case Name: | PAYTON, SCOTT A. | | Bank Name: | Rabobank, N.A. |
| | PAYTON, ROBIN N. | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***2032 | | Blanket Bond: | $36,377,327.00  (per case limit) |
| Period Ending: | 12/29/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   10,470.00

Net Estate :   $10,470.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9266** | 10,470.00 | 10,470.00 | 0.00 |
| | $10,470.00 | $10,470.00 | $0.00 |

{} Asset reference(s)

Printed: 12/29/2015 10:33 AM    V.13.25